UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Lorena Rebollar Sedano
                                Plaintiff,

v.                                                                             Case No.: 1:22−cv−06183
                                                                            Honorable Steven C. Seeger

Smith & Wesson Brands, Inc., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 28, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The motions for leave to appear pro hac vice (Dckt. No. [27], [28] and [29]) are granted. Attorney H. Christopher Boehning, Jeffrey Recher, and Carly Lagrotteria are added as counsel for plaintiff. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.